1  DORIS McCREADY
   BERNHEIM, GUTIERREZ McCREADY
2  255 North Lincoln Street
   Dixon, CA  95620
3  Telephone: (707) 678-4447
   Facsimile: (707) 678-0744
4  law@bernheimlaw.net

5  Attorneys for Plaintiff
   JAMES CECIL BOUNDS, JR.
6
   SEYFARTH SHAW LLP
7  Carolyn A. Knox (SBN: 181317)
   Krista L. Mitzel (SBN: 221002)
8  560 Mission Street, Suite 3100
   San Francisco, California 94105
9  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
10 cknox@seyfarth.com; kmitzel@seyfarth.com

11 Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH AMERICA
12
                    UNITED STATES DISTRICT COURT
13
              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| JAMES CECIL BOUNDS JR, | Case No. 2:06 CV-00293 WBS JFM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF PARTIES TO EXTEND TIME WITHIN WHICH A RESPONSIVE PLEADING MUST BE FILED** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | |
| Defendants. | |

   Plaintiff JAMES CECIL BOUNDS JR. has agreed to extend the time in which Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") must file their responsive pleading in this matter .  The complaint initiating this action was filed on LINA, through its agent for service of process CT Corporation, on March 6, 2006.  Accordingly, a responsive pleading would normally be due to the court on or before March 26, 2006.  The parties have agreed that a responsive pleading will be due on or before April 14, 2006, an extension of time that will not prevent the parties from complying with the Court's Order Setting Status (Pretrial) Scheduling Conference.

1
Stipulation to Extend Time to File Responsive Pleading / Case No. 2:06-CV-00293 WBS JFM

PDF created with pdfFactory trial version www.pdffactory.com

The parties request the court's approval of this stipulation to extend time through its' signature below.

DATED: March 16, 2006              SEYFARTH SHAW LLP


                                   By_____
                                          Doris McCready

                                   Attorneys for Defendant
                                   JAMES CECIL BOUNDS, JR.

DATED: March 16, 2006              SEYFARTH SHAW LLP


                                   By_____
                                          Carolyn A. Knox

                                   Attorneys for Defendant
                                   LIFE INSURANCE COMPANY OF
                                   NORTH AMERICA

**IT IS SO ORDERED** that a responsive pleading shall be due to the court on or before April 14, 2006.

Date:  March 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SF1 28233210.1

2
Stipulation to Extend Time to File Responsive Pleading / Case No. 2:06-CV-00293 WBS JFM

PDF created with pdfFactory trial version www.pdffactory.com