DORIS McCREADY,  SBN 148832
BERNHEIM, GUTIERREZ & McCREADY
255 North Lincoln Street
Dixon, CA 95620
Ph.: (707) 678-4447
Fax: (707) 678-0744
e-mail: law@bernheimlaw.net

Attorneys for Plaintiff
JAMES CECIL BOUNDS, JR.


SEYFARTH SHAW LLP
Carolyn A. Knox (SBN: 181317)
Krista L. Mitzel (SBN: 221002)
560 Mission Street, Suite 3100
San Francisco. California 94105
Telephone: (415) 397-2823
Facsimile: (415)397-8549
cknox@seyfarth.com; kmitzel@seyfarth.com

Attorneys for Defendant
LIFE INSURANCE COPANY OF NORTH AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CECIL BOUNDS, JR., | NO. CIV. 2:06-CV-00293 WBS JFM |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER OF PARTIES TO RESCHEDULE THE STATUS (PRETRIAL) SCHEDULING CONFERENCE |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, ALTEC INDUSTRIES, INC., ALTEC INDUSTRIES, INC. LONG TERM DISABILITY PLAN, and DOES 1-10, | |
| Defendants. | |

Plaintiff JAMES CECIL BOUNDS JR. and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") have agreed to reschedule the Status Scheduling Conference ("Conference") to June 5, 2006 at 9 A.M. in Courtroom No. 5.

1
STIPULATION OF PARTIES TO RESCHEDULE THE
STATUS (PRETRIAL) SCHEDULING CONFERENCE

1  The Conference was initially scheduled for May 8, 2006.  However, Plaintiff filed a
2  First Amended Complaint on April 13, 2006, naming two new defendants, ALTEC
3  INDUSTRIES, INC. and ALTEC INDUSTRIES, INC. LONG TERM DISABILITY PLAN.
4  Plaintiff and LINA agree that because the two newly named defendants will not be adequately
5  prepared for the scheduled May 8, 2006 Conference, postponement to June 5, 2006, will give
6  all parties sufficient time to prepare.
7  The parties' request the Court's approval of this stipulation to reschedule the
8  Conference through its signatures below.

BERNHEIM, GUTIERREZ & MCCREADY

DATED:  April 20, 2006        /s/
                              Doris McCready
                              Attorneys for Plaintiff James C. Bounds


SEYFARTH SHAW LLP

DATED: April 20, 2006         /s/
                              Carolyn A. Knox
                              Attorneys for Defendant
                              Life Insurance Company of North America

**IT IS SO ORDERED** that the Status (Pretrial) Scheduling Conference will be reset to June 5, 2006 at 9 A.M. in Courtroom No. 5 before the undersigned judge.

Date:  April 25, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
STIPULATION OF PARTIES TO RESCHEDULE THE
STATUS (PRETRIAL) SCHEDULING CONFERENCE

**BERNHEIM GUTIERREZ & MCCREADY**
255 NORTH LINCOLN STREET
DIXON CA 95620
PHONE (707) 678-4447
FAX (707) 678-0744

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**BERNHEIM GUTIERREZ & MCCREADY**

255 NORTH LINCOLN STREET

DIXON CA 95620

PHONE (707) 678-4447

FAX (707) 678-0744

3
STIPULATION OF PARTIES TO RESCHEDULE THE
STATUS (PRETRIAL) SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com