| | |
|---|---|
| 1 | BERNHEIM, GUTIERREZ & MCCREADY |
| 2 | Doris McCready (SBN: 148832)<br>255 North Lincoln Street<br>Dixon, CA  95620 |
| 3 | Telephone:  (707) 678-4447<br>Facsimile:  (707) 678-0744 |
| 4 | |
| 5 | Attorneys for Plaintiff<br>JAMES CECIL BOUNDS, JR. |
| 6 | SEYFARTH SHAW LLP |
| 7 | Carolyn A. Knox (SBN: 181317); cknox@seyfarth.com<br>Krista L. Mitzel (SBN: 221002); kmitzel@seyfarth.com |
| 8 | 560 Mission Street, Suite 3100<br>San Francisco, California 94105 |
| 9 | Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 10 | Email:  cknox@seyfarth.com |
| 11 | Attorneys for Defendants<br>ALTEC INDUSTRIES, INC. LONG TERM DISABILITY PLAN, ALTEC INDUSTRIES, INC. and LIFE INSURANCE COMPANY OF NORTH AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES CECIL BOUNDS, JR., | ) | Case No.2:06-CV-00293-WBS-JFM |
| Plaintiff, | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO** |
| v. | ) ) | **FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, ALTEC INDUSTRIES, INC., ALTEC INDUSTRIES, INC. LONG TERM DISABILITY PLAN, and DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff JAMES CECIL BOUNDS, Jr. and Defendants ALTEC INDUSTRIES, INC. LONG TERM DISABILITY PLAN, ALTEC INDUSTRIES, INC. and LIFE INSURANCE COMPANY OF NORTH AMERICA have reached a resolution of this matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

/ / /

/ / /

1

Stip. of Dismissal w/ Prejudice and [Proposed] Order/ Case No.2:06-CV-00293 WBS JFM

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties seek the Court's approval of dismissal of this action with prejudice through
2  the order listed *infra*.

3  DATED: September 28, 2006                SEYFARTH SHAW LLP

5                                            By      **/s/ Carolyn A. Knox**
                                                      Carolyn A. Knox
6                                            Attorneys for Defendants
                                              ALTEC INDUSTRIES, INC. LONG TERM
7                                            DISABILITY PLAN, ALTEC
                                              INDUSTRIES, INC. and LIFE
8                                            INSURANCE COMPANY OF NORTH
                                              AMERICA

10 DATED:  September 28, 2006                BERNHEIM, GUTIERREZ &
                                              MCCREADY

13                                           By      **/s/ Doris McCready**
                                                      Doris McCready
14                                           Attorneys for Plaintiff
                                              JAMES CECIL BOUNDS, JR.

**IT IS SO ORDERED.**

DATED: October 2, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SF1 28266204.1 / 25399-000151

2
Stip. of Dismissal w/ Prejudice and [Proposed] Order/ Case No.2:06-CV-00293 WBS JFM

PDF created with pdfFactory trial version www.pdffactory.com